UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL OVERTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1513-DFH-JMS |
| ) | |
| OFFICER ROBERT HICKS, individually ) | |
| and as a deputy for the Marion County ) | |
| Sheriff's Department, OFFICER BRADLEY ) | |
| BEATON, individually and as a deputy for ) | |
| the Marion County Sheriff's Department, ) | |
| OFFICER MARK PARKER, individually ) | |
| and as a police officer for the City of ) | |
| Beech Grove, MARION COUNTY ) | |
| SHERIFF, and CITY OF BEECH GROVE, ) | |
| ) | |
| Defendants. ) | |

ENTRY

The court has reviewed the Indianapolis defendants' motion for summary judgment (filed on January 31, 2008, as Docket No. 70) as well as the subsequent response, reply, and surreply. The court GRANTS in part and DENIES in part the motion. Only the following claims survive summary judgment: (1) the federal excessive force claim against Officer Beaton for allegedly tackling Overton and for failing to intervene while a police dog attacked Overton as he was lying handcuffed on the ground; (2) the state law battery claim against the Marion County Sheriff for Officer Beaton's alleged tackling; (3) the federal and state law false arrest claims against Officer Beaton; and (4) the federal malicious prosecution claim

-2-

against Officer Beaton.  Officer Beaton has asserted qualified immunity only for the malicious prosecution claim and is not entitled to immunity for that claim. A more detailed entry setting forth the court's reasons will follow.

So ordered.

Date: June 11, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

-3-

Copies to:

David Robert Brimm
WAPLES & HANGER
dbrimm@wapleshanger.com

Jaunae M. Hanger
WAPLES & HANGER
hangerj@iquest.net

Lakshmi Devi Hasanadka
LOCKE REYNOLDS LLP
lhasanadka@locke.com,psanders@locke.com

Laurel S. Judkins
LOCKE REYNOLDS LLP
ljudkins@locke.com,jredmon@locke.com

John F. Kautzman
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jfk@rucklaw.com,hal@rucklaw.com

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
jmayes@indygov.org

Anthony W. Overholt
LOCKE REYNOLDS LLP
aoverholt@locke.com,jrudolph@locke.com

John C. Ruckelshaus
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jcr@rucklaw.com,hal@rucklaw.com

Richard A. Waples
WAPLES & HANGER
richwaples@aol.com,jalbrecht@wapleshanger.com

Thomas E. Wheeler, II
LOCKE REYNOLDS LLP
twheeler@locke.com,kdickerson@locke.com